UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUZ MATA )<br>parent and next friend of A.M., a minor )<br>and parent and next friend of C.M., a minor )<br>1630 Park Road, NW )<br>Washington, D.C. 20010 )<br>)<br>)<br>**Plaintiffs** )<br>)<br>v. )<br>)<br>ELSIE WHITLOW STOKES )<br>COMMUNITY FREEDOM P.C.S. )<br>3220 16th Street, NW )<br>Washington, D.C. 20010 )<br>)<br>)<br>**Defendant** )<br>_____ ) | Case No: 1:06CV01457 |

### ORDER

Upon consideration of defendant's Motion to Dismiss, it is this \_\_\_\_\_ day of _____, 2006,

ORDERED, that defendant's motion be and the same is hereby GRANTED.

FURTHER ORDERED, that the plaintiff's complaint is dismissed with prejudice.

_____
Rosemary M. Collyer
United States District Court Judge