IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LUZ MATA,** <br> **Parent and next of friend of A.M. and** <br> **C.M.., Minors** <br><br> **Plaintiffs,** <br><br> v. <br><br> **ELSIE WHITLOW STOKES** <br> **COMMUNITY FREEDOM  P.C.S** <br><br> **Defendant.** | Civil Action No. 06-1457 (RMC) |

## PRAECIPE

To the Clerk of the Court:

Please withdraw Luz Mata, Parent and next friend of A.M., a minor, without prejudice.

Respectfully submitted,

_____/s/_____
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
202.742.2098 facsimile
*Attorneys for the Plaintiffs*