UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LUZ MATA<br>parent and next friend of C.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>ELSIE WHITLOW STOKES<br>COMMUNITY FREEDOM P.C.S.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-1457 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to dismiss the complaint or, in the alternative, for summary judgment [Dkt. #2] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date:  May 21, 2007            _____/s/_____
                                                ROSEMARY M. COLLYER
                                                United States District Judge